**Date:** **5/17/2013**

**To:** **The Honorable Robert J. Conrad Jr.**
**Chief U.S. District Court Judge**

**From:** **John T. Holiday**
**U. S. Probation Officer**

**Subject:** **Tyrone Cherry**
**Docket # 3:06CR22-01**
**Permission To Travel**

---

The above named individual was sentenced by Your Honor on 08/30/2007 for Count 2:  Bank Robbery and Aiding and Abetting Same, 18 U.S.C. 2133(a) and 2, a Class C Felony, and Count 3:  Possession of a Firearm During and in Relation to a Crime of Violence, 18 U.S.C 924(c), a Class A Felony,  and sentenced to:  Count 2:   12 months imprisonment, and Count 3:  60 months imprisonment to run consecutively for a total of 72 months to be followed by a total of 3 years supervised release.   Special conditions of supervision include:  1) $200.00 special assessment (paid);  2) Restitution: $68,664.59. (Balance: $66,782.22)

On 04/13/2011 the defendant was released to his term of supervision to the Western District of North Carolina.  Mr. Cherry has maintained consistent employment and residency throughout his entire term of supervised release.  In addition, the defendant is also current with his monthly payment obligation.  Mr. Cherry has been fully compliant with this officer's requests and has tested negative for all illicit substances since his release.

Mr. Cherry has requested permission to travel on a cruise from 10/28/2013 through 11/1/2013 with his family.  The out of country stops on the cruise include Freeport and Nassau Bahamas.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact me at 704-578-3475.

( x ) Permission to Travel Approved –subject to continued compliance
(   ) Permission to Travel Denied
(   ) Other
        5/17/2013

Robert J. Conrad, Jr.
Chief United States District Judge